UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Khalid A. A.,                                              Civ. No. 20-1746 (PAM/DTS)

            Petitioner,

v.                                                                **ORDER**

U.S. Immigration and Customs
Enforcement,

            Respondent.

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz dated September 29, 2020. (Docket No. 12). The R&R recommends denying the Petition as moot because Petitioner has been deported. The Court has received no objections to the R&R and the time to do so has expired. See D. Minn. L.R. 72.2(b)(1) (providing that a party may file objections to a magistrate judge's recommendations within 14 days).

Accordingly, **IT IS HEREBY ORDERED that**:

1.      The R&R (Docket No. 12) is **ADOPTED**; and

2.      The Petition (Docket No. 1) is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 20, 2020

                                                 *s/ Paul A. Magnuson*
                                                 Paul A. Magnuson
                                                 United States District Court Judge